UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| PETER J. RUSH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER ENERGY, INC., et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-00281-VEH<br><br><u>CLASS ACTION</u> |
| MICHAEL CARNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER ENERGY, INC., et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-00829-RDP<br><br><u>CLASS ACTION</u> |

DECLARATION OF PATRICK C. COOPER IN SUPPORT OF THE GOVERNMENT OF BERMUDA CONTRIBUTORY AND PUBLIC SERVICE SUPERANNUATION PENSION PLANS AND STEPHEN C. BEAULIEU, AS TRUSTEE OF THE STEPHEN C. BEAULIEU REVOCABLE TRUST'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

696712_1

I, PATRICK C. COOPER, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Alabama and this Court. I am a member of Ward & Wilson, LLC, liaison counsel for the Government of Bermuda Contributory and Public Service Superannuation Pension Plans and Stephen C. Beaulieu, as Trustee of the Stephen C. Beaulieu Revocable Trust in the above-entitled actions. I make this declaration in support of their motion for appointment as lead plaintiff and approval of selection of lead counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. In accordance with Northern District of Alabama Civil ECF Administrative Procedures Rule II.A.C., I certify I have retained the original executed copy of this document and will continue to do so for one year after exhaustion of time to appeal final resolution of the action, or issuance of mandate from the Court of Appeals.

3. Attached are true and correct copies of the following exhibits:

Exhibit A:  Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on January 26, 2012;

Exhibit B:  Sworn Certifications;

Exhibit C:  Chart of Estimated Losses;

Exhibit D:  Robbins Geller Rudman & Dowd LLP firm résumé; and

Exhibit E:  Kessler Topaz Meltzer & Check, LLP firm résumé.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 26, 2012.

s/ Patrick C. Cooper<br>PATRICK C. COOPER

696712_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 26, 2012.

                                                  s/ Patrick C. Cooper
                                                  PATRICK C. COOPER

                                                  WARD & WILSON, LLC
                                                  2100 Southbridge Parkway, Suite 580
                                                  Birmingham, AL  35209
                                                  Telephone:  205/871-5404
                                                  205/871-5758 (fax)

                                                  E-mail:  patrickccooper@yahoo.com

# Mailing Information for a Case 2:12-cv-00281-VEH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick C Cooper**
  patrickccooper@yahoo.com

- **Michael I Fistel , Jr**
  mfistel@holzerlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A Berens
DYER & BERENS LLP
303 East 17th Ave., Ste 300
Denver, CO 80203
```