UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| PETER J. RUSH, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>WALTER ENERGY, INC., et al.,<br><br>            Defendants. | Civil Action No. 2:12-cv-00281-VEH<br><br>CLASS ACTION |
| MICHAEL CARNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>WALTER ENERGY, INC., et al.,<br><br>            Defendants. | Civil Action No. 2:12-cv-00829-RDP<br><br>CLASS ACTION |

GOVERNMENT OF BERMUDA CONTRIBUTORY AND PUBLIC SERVICE SUPERANNUATION PENSION PLANS AND STEPHEN C. BEAULIEU, AS TRUSTEE OF THE STEPHEN C. BEAULIEU REVOCABLE TRUST'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

696713_1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Government of Bermuda Contributory and Public Service Superannuation Pension Plans and Stephen C. Beaulieu, as Trustee of the Stephen C. Beaulieu Revocable Trust (collectively, the "Pension Plans and Beaulieu Revocable Trust") will, and hereby do, move this Court for an order: (1) consolidating two related securities class actions, *Rush v. Walter Energy, Inc.*, No. 2:12-cv-00281-VEH and *Carney v. Walter Energy, Inc.*, No. 2:12-cv-00829-RDP, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Pension Plans and Beaulieu Revocable Trust as lead plaintiff in the above-captioned actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C §78u-4; (3) approving lead plaintiff's selection of Samuel H. Rudman and Andrew J. Brown with Robbins Geller Rudman & Dowd LLP and Sean M. Handler, Naumon A. Amjed and Ryan T. Degnan with Kessler Topaz Meltzer & Check, LLP as lead counsel and Patrick C. Cooper with Ward & Wilson, LLC as liaison counsel; and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is based on the accompanying Memorandum of Law, the Declaration of Patrick C. Cooper, the complete files and records in the above-

---

[1] Section IV.B. of this Court's Uniform Initial Order Governing All Further Proceedings, (Dkt. No. 3) requires moving counsel to contact opposing counsel to determine if counsel will oppose the motion. *Id.* at 9. Because of the PSLRA's lead plaintiff procedure, however, the Pension Plans and Beaulieu Revocable Trust will not know which other class members, if any, may seek appointment as lead plaintiff until after motions are filed on March 26, 2012. In addition, defense counsel have not filed an entry of appearance. Thus, there are no counsel to meet-and-confer with at this point in time. Consequently, the Pension Plans and Beaulieu Revocable Trust respectfully request that this requirement be waived in this instance.

696713_1

- 2 -

referenced actions and such oral argument as the Court may consider in deciding this Motion.

DATED:  March 26, 2012
        WARD & WILSON, LLC
        PATRICK C. COOPER

            s/ Patrick C. Cooper
        PATRICK C. COOPER

2100 Southbridge Parkway, Suite 580
Birmingham, AL  35209
Telephone:  205/871-5404
205/871-5758 (fax)

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ANDREW J. BROWN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

KESSLER TOPAZ MELTZER
 & CHECK, LLP
SEAN M. HANDLER
NAUMON A. AMJED
RYAN T. DEGNAN
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 3 -

696713_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 26, 2012.

                                             s/ Patrick C. Cooper
                                             PATRICK C. COOPER

                                             WARD & WILSON, LLC
                                             2100 Southbridge Parkway, Suite 580
                                             Birmingham, AL  35209
                                             Telephone:  205/871-5404
                                             205/871-5758 (fax)

                                             E-mail:  patrickccooper@yahoo.com

# Mailing Information for a Case 2:12-cv-00281-VEH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick C Cooper**
  patrickccooper@yahoo.com

- **Michael I Fistel , Jr**
  mfistel@holzerlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A Berens
DYER & BERENS LLP
303 East 17th Ave., Ste 300
Denver, CO 80203
```