UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re WALTER ENERGY, INC. SECURITIES LITIGATION | Master File No. 2:12-cv-00281-VEH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WALTER ENERGY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Walter Energy, Inc., by its undersigned counsel, certifies as follows:

Walter Energy, Inc. is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange and the Toronto Stock Exchange. To its knowledge, no publicly held company owns 10 percent or more of the common stock of Walter Energy, Inc.

Dated:  September 4, 2012

        By: /s/  Jay M. Ezelle
        Michael A. Florie (ASB-7356-I53M)
        Jay M. Ezelle (ASB-4744-Z72J)
        Stephen A. Sistrunk (ASB-4229-E635)
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, Seventh Floor
        Birmingham, Alabama 35209
        (205) 868-6000
        (205) 868-6099 (fax)
        E-mail: mflorie@starneslaw.com
                jezelle@starneslaw.com
                ssistrunk@starneslaw.com

        Bruce D. Angiolillo (*pro hac vice*)
        George S. Wang (*pro hac vice*)
        Shannon P. Torres (*pro hac vice*)
        SIMPSON, THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York  10017
        (212) 455-2000
        (212) 455-2502 (fax)
        E-mail:  bangiolillo@stblaw.com
                 gwang@stblaw.com
                 storres@stblaw.com

        *Attorneys for Walter Energy, Inc., Keith Calder, Joseph Leonard, Walter J. Scheller, and Neil Winkelmann*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4 day of September 2012, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following:

Patrick C. Cooper
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35209
patrickccooper@yahoo.com

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
yateslaw@aol.com

Andrew L. Zivitz
John J. Gross
Johnston De F. Whitman, Jr.
Meredith L. Lambert
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19087
azivitz@ktmc.com
jgross@ktmc.com
jwhitman@ktmc.com
mlambert@ktmc.com

James S. Ward
WARD & WILSON LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL  35209
jward@wardwilsonlaw.com

Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
jeff@dyerberens.com

Michael I. Fistel, Jr.
HOLZER HOLZER & FISTEL LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338
mfistel@holzerlaw.com

Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
srudman@rgrdlaw.com

Diandra S. Debrosse
GENTLE TURNER SEXTON DEBROSSE & HARBISON
501 Riverchase Parkway East
Suite 100
Hoover, AL  35244
ddebrosse@gtandslaw.com

/s/ Jay M. Ezelle
Jay M. Ezelle (ASB-4744-Z72J)
STARNES DAVIS FLORIE LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: jme@starneslaw.com