UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re WALTER ENERGY, INC. SECURITIES LITIGATION | Master File No. 2:12-cv-00281-VEH |
| This Document Relates To: ALL ACTIONS. | |

## **DEFENDANTS' MOTION TO DISMISS**

COME NOW, Defendants Walter Energy, Inc., Keith Calder, Joseph Leonard, Walter Scheller and Neil Winkelmann, and move this Court for an order dismissing with prejudice the Consolidated Amended Class Action Complaint pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4. As grounds for this Motion, Defendants state as follows:

1. Plaintiffs' Section 10(b) claim should be dismissed because the Complaint fails to allege with particularity, as required by the PSLRA and Rule 9(b), any material misstatement or omission.

2. Plaintiffs' Section 10(b) claim should be dismissed because the Complaint fails to allege facts sufficient to create a strong inference of scienter.

3. Plaintiffs' Section 10(b) claim should be dismissed because the Complaint fails to plead loss causation.

4. Plaintiffs' Section 20(a) claim fails because it is entirely derivative of their Section 10(b) claim, which is deficient as a matter of law.

5. In further support of this Motion, Defendants rely on their Memorandum of Law dated October 4, 2012 and the Declaration of Jay M. Ezelle sworn to on October 4, 2012, and the exhibits attached thereto, which are being filed contemporaneously herewith and are adopted and incorporated as if fully set forth herein.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Court to Dismiss the Complaint.

Dated:  October 4, 2012                          By: /s/  Jay M. Ezelle

Michael A. Florie (ASB-7356-I53M)
Jay M. Ezelle (ASB-4744-Z72J)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
(205) 868-6000
(205) 868-6099 (fax)
E-mail: mflorie@starneslaw.com
            jezelle@starneslaw.com
            ssistrunk@starneslaw.com

        Bruce D. Angiolillo (admitted *pro hac vice*)
        George S. Wang (admitted *pro hac vice*)
        Shannon P. Torres (admitted *pro hac vice*)
        SIMPSON, THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York  10017
        (212) 455-2000
        (212) 455-2502 (fax)
        E-mail:  bangiolillo@stblaw.com
                 gwang@stblaw.com
                 storres@stblaw.com

***Attorneys for All Defendants***

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of October 2012, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following:

Patrick C. Cooper
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35209
patrickccooper@yahoo.com

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
yateslaw@aol.com

Andrew L. Zivitz
John J. Gross
Johnston De F. Whitman, Jr.
Meredith L. Lambert
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19087
azivitz@ktmc.com
jgross@ktmc.com
jwhitman@ktmc.com
mlambert@ktmc.com

James S. Ward
WARD & WILSON LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL  35209
jward@wardwilsonlaw.com

Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
jeff@dyerberens.com

Michael I. Fistel, Jr.
HOLZER HOLZER & FISTEL LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338
mfistel@holzerlaw.com

Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
srudman@rgrdlaw.com

Diandra S. Debrosse
GENTLE TURNER SEXTON DEBROSSE & HARBISON
501 Riverchase Parkway East
Suite 100
Hoover, AL  35244
ddebrosse@gtandslaw.com

/s/ Jay M. Ezelle
Jay M. Ezelle (ASB-4744-Z72J)
STARNES DAVIS FLORIE LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: jme@starneslaw.com