FILED
 2015 Jul-15  PM 04:10
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re WALTER ENERGY, INC. SECURITIES LITIGATION )))))))))) | Master File No. 2:12-cv-00281-VEH <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

1053163_1

Pursuant to Federal Rule of Civil Procedure 23, the Government of Bermuda Contributory and Public Service Superannuation Pension Plans and Stephen C. Beaulieu, as Trustee of the Stephen C. Beaulieu Revocable Trust (collectively, "Lead Plaintiffs"), respectfully move the Court to enter an order: (1) preliminarily approving the proposed class action settlement; (2) approving the proposed forms of: (a) the Notice of Pendency and Proposed Settlement of Class Action, (b) the Proof of Claim and Release form, and (c) the Summary Notice; (3) approving the proposed methods of disseminating notice; (4) approving the appointment of Epiq Solutions, Inc. as the Claims Administrator; (5) setting a date for the Settlement Hearing; and (6) such other and further relief as the Court deems just and proper.

In support of this motion, Lead Plaintiffs submit herewith the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, the Declaration of Andrew L. Zivitz in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, and the Stipulation and Agreement of Settlement, with annexed exhibits.

DATED: July 15, 2015	ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
ANDREW J. BROWN
MATTHEW I. ALPERT
ASHLEY M. PRICE

        s/ Theodore J. Pintar
THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JOHNSTON de F. WHITMAN, JR.
MICHELLE M. NEWCOMER
MEREDITH L. LAMBERT
ANDREW L. ZIVITZ
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

WARD & WILSON, LLC
PATRICK C. COOPER
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35209
Telephone: 205/871-5404
205/871-5758 (fax)

Liaison Counsel

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 15, 2015.

<div style="margin-left: 3em;">

s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  tedp@rgrdlaw.com

</div>

1053163_1

# Mailing Information for a Case 2:12-cv-00281-VEH Rush v. Walter Energy Inc

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com

- **Bruce D Angiolillo**
  bangiolillo@stblaw.com

- **Jeffrey A Berens**
  jeff@dyerberens.com

- **Jordan A Botjer**
  jbotjer@stblaw.com

- **Andrew J Brown**
  AndrewB@rgrdlaw.com

- **Patrick C Cooper**
  patrickccooper@yahoo.com

- **Diandra S Debrosse-Zimmermann**
  fuli@zarzaur.com

- **Jay M Ezelle**
  JEzelle@starneslaw.com

- **Michael Anthony Florie**
  MFlorie@starneslaw.com

- **Cole Robinson Gresham**
  cgresham@starneslaw.com

- **Meredith L Lambert**
  mlambert@ktmc.com

- **Michelle M Newcomer**
  mnewcomer@ktmc.com

- **Theodore J Pintar**
  TedP@rgrdlaw.com

- **Ashley M Price**
  aprice@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **Stephen A Sistrunk**
  sasistrunk@gmail.com

- **Shannon P Torres**
  storres@stblaw.com

- **George S Wang**
  gwang@stblaw.com

- **James S Ward**
  jward@wardwilsonlaw.com

- **Johnston De F Whitman , Jr**
  jwhitman@ktmc.com

- **Alfred G Yates , Jr**
  yateslaw@aol.com

- **Andrew L Zivitz**
  azivitz@ktmc.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`