UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re WALTER ENERGY, INC. SECURITIES LITIGATION ) ) ) ) | Master File No. 2:12-cv-00281-VEH <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | |

LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION

1107646_1

PLEASE TAKE NOTICE that upon: (1) the Joint Declaration of Johnston de F. Whitman, Jr. and Andrew J. Brown in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Reimbursement of Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4); (2) the Declaration of Michael C. Simmons of the Government of Bermuda Contributory and Public Service Superannuation Pension Plans; (3) the Declaration of Stephen C. Beaulieu; (4) the Declaration of Ryan Kao Regarding Notice Dissemination, Publication and Report on Requests for Exclusion Received to Date; (5) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; (6) the Stipulation and Agreement of Settlement dated July 15, 2015 and the Exhibits annexed thereto; and (7) all other proceedings herein, Lead Plaintiffs will move this Court, before the Honorable Virginia Emerson Hopkins, United States District Judge for the United States District Court, Northern District of Alabama, Southern Division, Hugo L. Black U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama on May 2, 2016, at 10:00 a.m., for entry of orders and/or judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) finally approving the settlement of the captioned litigation; and (2) approving the Plan of Allocation.

1107646_1

Proposed orders will be submitted with Lead Plaintiffs' reply submission on or before April 25, 2016.

DATED: January 15, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
ANDREW J. BROWN
MATTHEW I. ALPERT
ASHLEY M. PRICE

      s/ Andrew J. Brown
ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JOHNSTON de F. WHITMAN, JR.
MICHELLE M. NEWCOMER
MEREDITH L. LAMBERT
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

WARD & WILSON, LLC
PATRICK C. COOPER
2100 Southbridge Parkway, Suite 580
Birmingham, AL  35209
Telephone:  205/871-5404
205/871-5758 (fax)

Liaison Counsel

- 2 -

1107646_1

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 15, 2016.

s/ Andrew J. Brown
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: andrewb@rgrdlaw.com

# Mailing Information for a Case 2:12-cv-00281-VEH Rush v. Walter Energy Inc

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com

- **Bruce D Angiolillo**
  bangiolillo@stblaw.com

- **Jeffrey A Berens**
  jeff@dyerberens.com

- **Jordan A Botjer**
  jbotjer@stblaw.com

- **Andrew J Brown**
  AndrewB@rgrdlaw.com

- **Patrick C Cooper**
  patrickccooper@yahoo.com

- **Diandra S Debrosse-Zimmermann**
  fuli@zarzaur.com

- **Jay M Ezelle**
  JEzelle@starneslaw.com

- **Michael Anthony Florie**
  MFlorie@starneslaw.com

- **Cole Robinson Gresham**
  cgresham@starneslaw.com

- **Meredith L Lambert**
  mlambert@ktmc.com

- **Michelle M Newcomer**
  mnewcomer@ktmc.com

- **Theodore J Pintar**
  TedP@rgrdlaw.com

- **Ashley M Price**
  aprice@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **Shannon P Torres**
  storres@stblaw.com

- **George S Wang**
  gwang@stblaw.com

- **James S Ward**
  jward@wardwilsonlaw.com

- **Johnston De F Whitman , Jr**
  jwhitman@ktmc.com

- **Alfred G Yates , Jr**
  yateslaw@aol.com

- **Andrew L Zivitz**
  azivitz@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`