FILED
2016 May-03 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re WALTER ENERGY, INC. SECURITIES LITIGATION | ) | Master File No. 2:12-cv-00281-VEH |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS. | ) | |
| | ) | |
| | ) | |

ORDER APPROVING PLAN OF ALLOCATION

This matter is before the Court on Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, filed on January 15, 2016 (Dkt. No. 125). All capitalized terms used herein have the meanings set forth in the Stipulation and Agreement of Settlement, dated July 15, 2015, and filed the same day (Dkt. No. 118). The Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the matters hereto and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Court has jurisdiction to enter this Order. This Court has jurisdiction over the subject matter of the Action and all matters relating thereto, and over all Settling Parties to the Action, including all members of the Settlement Class who have not timely and validly requested exclusion.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members, including individual notice to those Settlement Class Members who could be identified through reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to P ersons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation, and only one objection related to the Plan of Allocation was filed.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), filed on January 15, 2015 (Dkt. No. 118-2), approved by the Court on November 23,

2015 (Dkt. No. 124), and disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds established by the Settlement among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

5. The Court has considered the objection related to the Plan of Allocation filed by Paul Merritt [Christiansen] and Robert Richards (Dkt. No. 137), and finds it to be without merit. Therefore, this Court overrules this objection in its entirety.

6. The allocation and distribution of the Net Settlement Fund to Authorized Claimants will be accomplished as soon as reasonably possible.

7. Any appeal or any challenge affecting this Court's approval of the Plan of Allocation shall in no way disturb or affect the finality of the Judgment entered with respect to the Settlement.

8. Jurisdiction is hereby retained over the Settling Parties and Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

9. The Court directs immediate entry of this Order by the Clerk of the Court.

**DONE** and **ORDERED** this 3rd day of May, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge